No. 753.  KIRK v. BOEHM, SUPERINTENDENT, DEPARTMENT OF PUBLIC INSTRUCTION, PENNSYLVANIA, ET AL., 376 U. S. 512;

No. 809.  PETRUSHANSKY, ALIAS GREEN, v. MARASCO, U. S. MARSHAL, 376 U. S. 952;

No. 816.  BERSTEIN, ALIAS BERNS, v. MISSOURI, 376 U. S. 953;

No. 830.  STEVENS BROS. FOUNDATION, INC., v. COMMISSIONER OF INTERNAL REVENUE, 376 U. S. 969;

No. 846, Misc.  ENOS v. ZUCKERT, SECRETARY OF THE AIR FORCE, ET AL., 376 U. S. 955; and

No. 951, Misc.  PATTERSON v. VIRGINIA ELECTRIC & POWER CO., 376 U. S. 956.  Petitions for rehearing denied.

No. 342.  ALKER ET AL. v. FEDERAL DEPOSIT INSURANCE CORP. ET AL., 375 U. S. 880, 949; 376 U. S. 929.  Motion for leave to file a third petition for rehearing denied.

APRIL 28, 1964.

No. 1187, Misc.  LUCAS v. KLINGER, CORRECTIONAL SUPERINTENDENT.  Motion for leave to file petition for writ of habeas corpus dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 4, 1964.

No. 930.  SANAPAW ET AL. v. WISCONSIN.  On petition for writ of certiorari to the Supreme Court of Wisconsin.  The Solicitor General is invited to file a brief expressing the views of the United States.